IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

TIMOTHY MCLEAN, JR., )
)
Petitioner, )
)
v. ) 1:23CV507
)
GRANVILLE COUNTY TRIBUNAL, )
)
Respondent. )

ORDER AND RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE

Petitioner, who appears to be a pretrial detainee in Granville County, North Carolina, submitted a filing seeking a writ of habeas corpus. Given Petitioner's apparent status and the nature of his filing, the Court treated the submission as a petition for a writ of habeas corpus under 28 U.S.C. § 2241. For the following reasons, the Petition cannot be further processed.

1. The filing fee was not received, nor was a proper affidavit to proceed *in forma pauperis* submitted and signed by Petitioner.

2. Petitioner did not use the required § 2241 Forms. Rule 2, R. Gov. § 2254 Cases.

Because of these pleading failures, the Petition will be filed and then dismissed, without prejudice to Petitioner filing a new petition on the proper habeas corpus forms with the $5.00 filing fee, or a completed application to proceed *in forma pauperis*, and otherwise correcting the defects noted. The Court also notes that Granville County, where Petitioner detained, is located in the Eastern District of North Carolina rather than this District. To the extent Plaintiff chooses to file a new Petition, it appears that venue would be proper in that District, and Plaintiff may obtain forms and instructions from the Clerk's Office for filing in

that District.  See 28 U.S.C. § 1391(b).  The address is: 310 New Bern Avenue, Room 574, Raleigh, NC  27601.

*In forma pauperis* status will be granted for the sole purpose of entering this Order and Recommendation of dismissal with permission to file a new petition which corrects the defects of the present Petition.

IT IS THEREFORE ORDERED that *in forma pauperis* status is granted for the sole purpose of entering this Order and Recommendation.

IT IS RECOMMENDED that this action be construed as a habeas petition under 28 U.S.C. § 2241 and dismissed *sua sponte* without prejudice to Petitioner filing a new petition which corrects the defects of the current Petition and is filed in the proper district.

This, the 5th day of July, 2023

          /s/ L. Patrick Auld
          **L. Patrick Auld**
          **United States Magistrate Judge**