IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

TIMOTHY MCLEAN, JR.,           )
                               )
            Petitioner,        )
                               )
      v.                       )      1:23CV507
                               )
GRANVILLE COUNTY TRIBUNAL,     )
                               )
            Respondent.        )

## ORDER

The Recommendation of the United States Magistrate Judge was filed with the court in accordance with 28 U.S.C. § 636(b) and, on July 5, 2023, was served on the parties in this action. (Docs. 2, 3.) Petitioner filed a "Motion Response" to the Recommendation, which the court will treat as an objection to the Recommendation. (Doc. 4.)

The court has appropriately reviewed the Magistrate Judge's report and has made a de novo determination in accord with the Magistrate Judge's report. In that regard, the court notes that it cannot assist Petitioner in litigating this case, that the Recommendation only granted Petitioner *in forma pauperis* status for purposes of that filing (see Doc. 2 at 2), and that Petitioner should seek to obtain forms and instructions from the Clerk's Office in the Eastern District of North Carolina, see 28 U.S.C. § 1391(b). The court therefore adopts the Magistrate Judge's Recommendation.

IT IS THEREFORE ORDERED that this action is dismissed *sua sponte* without prejudice to Petitioner filing a new petition which corrects the defects of the current Petition and is filed in the proper district. A Judgment dismissing this action will be entered contemporaneously with this Order.

/s/ Thomas D. Schroeder
United States District Judge

August 2, 2023